RECEIVED

2010 JUL -6  P 3: 14

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN H. WOODS<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.<br><br>Defendant. | CASE NO. 3:10-cv-02669-BZ<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Robert J. Schuckit, whose business address and telephone number is

Schuckit & Associates, P.C., 10 West Market Street, Suite 3000, Indianapolis, IN 46204; Telephone: (317) 363-2400

and who is an active member in good standing of the bar of  see attached

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing  Trans Union, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 2010

Bernard Zimmerman
United States Magistrate Judge

## Attachment to Application for Admission of Attorney *Pro Hac Vice* – Robert J. Schuckit

**State Bar Admissions:**

    Illinois
    Indiana
    Wisconsin

**Federal Bar Admissions:**

    U.S. District Court for the Central District of Illinois
    U.S. District Court for the Northern District of Illinois
    U.S. District Court for the Northern District of Indiana
    U.S. District Court for the Southern District of Indiana
    U.S. District Court for the Eastern District of Michigan
    U.S. District Court for the Western District of Michigan
    U.S. District Court for the Northern District of Ohio
    U.S. District Court for the Southern District of Ohio
    U.S. District Court for the Eastern District of Wisconsin
    U.S. District Court for the Western District of Wisconsin

**Other**:

    U.S. Court of Appeals for the Sixth Circuit
    U.S. Court of Appeals for the Seventh Circuit
    U.S. Court of Appeals for the Eighth Circuit
    U.S. Court of Appeals for the Ninth Circuit
    U.S. Court of Appeals for the Tenth Circuit
    U.S. Tax Court