1  Ronald D. Roup (94495) ron@rouplaw.com
   Joan C. Spaeder-Younkin (192235) joan@rouplaw.com
2  ROUP & ASSOCIATES, A LAW CORPORATION
   23101 Lake Center Drive, Suite 310
3  Lake Forest, California 92630
   (949) 472-2377; Fax: (949) 472-2317
4
   Attorneys for Defendant,
5  LITTON LOAN SERVICING LP

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 | BENJAMIN H. WOODS,                         ) Case No. 3:10-cv-02669-BZ
                                                )
11 |        Plaintiff,                          ) Assigned for all purposes to:
                                                ) Magistrate Judge Bernard Zimmerman
12 | vs.                                        ) - Courtroom G
                                                )
13 | EXPERIAN INFORMATION SOLUTIONS,            ) [PROPOSED]
   | INC.,                                      ) ORDER ON STIPULATION FOR
14 | EQUIFAX INFORMATION SERVICES,              ) EXTENSION OF TIME FOR
   | LLC; TRANS UNION LLC; WELLS                ) DEFENDANT LITTON LOAN
15 | FARGO BANK, N.A.; FREMONT                  ) SERVICING LP TO RESPOND TO
   | REORGANIZING CORPORATION;                  ) COMPLAINT
16 | AMERICAN HOME MORTGAGE                     )
   | SERVICING, INC.; CHASE HOME                )
17 | FINANCE LLC; CITI RESIDENTIAL              )
   | LENDING, INC.; GMAC MORTGAGE,              )
18 | LCC; LITTON LOAN SERVICING L.P.;           )
   | SPECIALIZED LOAN SERVICING LLC;            )
19 | and GREEN TREE SERVICING LLC.              )
                                                )
20 |        Defendants.                         )
                                                )
21

22       Pursuant to the stipulation of Plaintiff BENJAMIN H. WOODS and Defendant,

23 LITTON LOAN SERVICING LP,

24       IT IS HEREBY ORDERED that Defendant LITTON LOAN SERVICING LP shall

25 have until August 16, 2010, to file a response to the Complaint.

26 Dated: 14/-7-2⁄10                         _____
                                             Honorable Bernard Zimmerman
27                                           United States Magistrate District Judge

28
_____
[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME FOR
DEFENDANT LITTON LOAN SERVICING LP TO RESPOND TO
COMPLAINT