1  Mark F. Anderson (SBN 44787)
   ANDERSON, OGILVIE & BREWER LLP
2  600 California Street, 18th Floor
   San Francisco, California 94108
3  Telephone: (415) 651-1951
   Fax: (415) 956-3233
4  Email: mark@aoblawyers.com

5  Attorneys for Plaintiff Benjamin H. Woods

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN H. WOODS, ) | Case No. 3:10-CV-2669 CW |
| Plaintiff, ) | |
| v. ) | (proposed) ORDER FOR DISMISSAL OF DEFENDANT SIGNATURE GROUP HOLDINGS, INC., AS SUCCESSOR TO FREMONT REORGANIZING CORPORATION |
| EXPERIAN INFORMATION SOLUTIONS, INC, ) et al, ) | |
| Defendants. ) | |

Based on the parties' stipulation and for good cause shown, plaintiff Benjamin H. Woods' claims against defendant Signature Group Holdings, Inc., as Successor to Fremont Reorganizing Corporation, in this action are hereby dismissed with prejudice, with each party to bear its own costs.

Dated: August  13 , 2010

_____
U.S. District Court Judge

Order for Dismissal, *Woods v Experian* (Signture Group Holdings Successor to Fremont Reorganizing Corp), No 3:10-cv-2669 CW

1