Ronald D. Roup (94495) ron@rouplaw.com
Joan C. Spaeder-Younkin (192235) joan@rouplaw.com
ROUP & ASSOCIATES, A LAW CORPORATION
23101 Lake Center Drive, Suite 310
Lake Forest, California 92630
(949) 472-2377; Fax: (949) 472-2317

Attorneys for Defendant,
LITTON LOAN SERVICING LP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN H. WOODS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; WELLS FARGO BANK, N.A.; FREMONT REORGANIZING CORPORATION; AMERICAN HOME MORTGAGE SERVICING, INC.; CHASE HOME FINANCE LLC; CITI RESIDENTIAL LENDING, INC.; GMAC MORTGAGE, LCC; LITTON LOAN SERVICING L.P.; SPECIALIZED LOAN SERVICING LLC; and GREEN TREE SERVICING LLC.<br><br>　　　　Defendants. | Case No. 3:10-CV-02669-CW<br><br>**ORDER ON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT LITTON LOAN SERVICING LP TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to the stipulation of Plaintiff BENJAMIN H. WOODS and Defendant, LITTON LOAN SERVICING LP,

IT IS HEREBY ORDERED that Defendant LITTON LOAN SERVICING LP shall have until August 27, 2010, to file a response to the First Amended Complaint.

Dated: August 24, 2010                           
　　　　　　　　　　　　　　　　　　　United States District Judge

---

**ORDER ON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT LITTON LOAN SERVICING LP TO RESPOND TO FIRST AMENDED COMPLAINT**