```
 1 | Ronald D. Roup (94495) ron@rouplaw.com
   | Joan C. Spaeder-Younkin (192235) joan@rouplaw.com
 2 | ROUP & ASSOCIATES, A LAW CORPORATION
   | 23101 Lake Center Drive, Suite 310
 3 | Lake Forest, California 92630
   | (949) 472-2377; Fax: (949) 472-2317
 4 |
   | Attorneys for Defendant,
 5 | LITTON LOAN SERVICING LP
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN H. WOODS, | Case No. 4:10-CV-02669-CW |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANT LITTON LOAN SERVICING LP |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; WELLS FARGO BANK, N.A.; FREMONT REORGANIZING CORPORATION; AMERICAN HOME MORTGAGE SERVICING, INC.; CHASE HOME FINANCE LLC; CITI RESIDENTIAL LENDING, INC.; GMAC MORTGAGE, LCC; LITTON LOAN SERVICING L.P.; SPECIALIZED LOAN SERVICING LLC; and GREEN TREE SERVICING LLC. | |
| Defendants. | |

Pursuant to the stipulation of Plaintiff, BENJAMIN H. WOODS and Defendant, LITTON LOAN SERVICING LP,

IT IS HEREBY ORDERED that Defendant, LITTON LOAN SERVICING LP is hereby dismissed with prejudice, with each party to bear its own costs.

Dated: 9/1/2010                                             /s/ Claudia Wilken

United States District Judge