UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN H. WOODS

                Plaintiff(s),

CASE NO. 3:10-cv-02669-CW

v.

EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.

                Defendant(s).
_____/

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
  ✓     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  ✓     other requested deadline  120 days _____

Dated: 11/15/10

/s/ Mark F. Anderson
Attorney for Plaintiff

Dated: 11/15/10

See attached pages 2 and 3
Attorney for Defendant

Page 2 to Stipulation to ADR

<u>Woods v. Experian Information Solutions, Inc., et al.</u>, Case No. 3:10-cv-02669-CW

| | |
|---|---|
| Katherine A. Klimkowski, Esq.<br>Jones Day<br>3161 Michelson Drive, Suite 800<br>Irvine, CA  92612<br>Telephone:  949-851-3939<br>Facsimile:  949-553-7539<br>E-mail:  kaklimkowski@jonesday.com<br><br>*Counsel for Defendant Experian Information Solutions, Inc* | Michael D. Douglas, Esq.<br>(Admitted *Pro Hac Vice*)<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>Telephone:  404-572-4600<br>Facsimile:<br>E-mail:   MDouglas@kslaw.com<br><br>*Counsel for Defendant Equifax Information Services, LLC* |
| Robert J. Schuckit, Esq.<br>  (Admitted *Pro Hac Vice*)<br>Schuckit & Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN  46077<br>Telephone:  (317) 363-2400<br>Facsimile:   317) 363-2257<br>E-mail:  rschuckit@schuckitlaw.com<br><br>*Counsel for Defendant Trans Union, LLC* | Erik W. Kemp, Esq.<br>Severson & Werson<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  415-398-3344<br>Facsimile:  415-956-0439<br>E-mail:  ek@severson.com<br><br>*Counsel for Defendants Wells Fargo Bank, N.A.; GMAC Mortgage, LLC; Specialized Loan Servicing, LLC and Green Tree Servicing, LLC* |
| Donald M. Scotten, Esq.<br>Bryan M. Leifer, Esq.<br>Akerman Senterfitt LLP<br>725 South Figueroa Street, 38th Floor<br>Los Angeles, CA  90017-5433<br>Telephone:  213-688-9500<br>Facsimile:  213-627-6342<br>E-mail:  donald.scotten@akerman.com<br>E-mail:  bryan.leifer@akerman.com<br><br>*Counsel for Defendant American Home Mortgage Servicing, Inc.* | S. Christopher Yoo, Esq.<br>AlvaradoSmith, APC<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA  92707<br>Telephone:  714-852-6800<br>Facsimile:  714-852-6899<br>E-mail:   cyoo@alvaradosmith.com<br><br>*Counsel for Defendant Chase Home Finance, LLC* |

Page 3 to Stipulation to ADR

<u>Woods v. Experian Information Solutions, Inc., et al.</u>, Case No. 3:10-cv-02669-CW

Marcus T. Brown, Esq.
Stuart B. Wolfe, Esq.
Wolfe & Wyman LLP
2175 North California Boulevard, Suite 645
Walnut Creek, CA 94596-3502
Telephone: 925-280-0004
Facsimile: 925-280-0005
E-mail: <u>mtbrown@wolfewyman.com</u>
E-mail: <u>sbwolfe@wolfewyman.com</u>

*Counsel for Defendant CITI Residential Lending, Inc.*

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[~~PROPOSED~~] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
-     Non-binding Arbitration
-     Early Neutral Evaluation (ENE)
- ✓  Mediation
-     Private ADR

Deadline for ADR session
-     90 days from the date of this order.
- ✓  other   120 days   March 16, 2011

IT IS SO ORDERED.

Dated:   11/17/2010             _/s/ Claudia Wilken_

                                                          UNITED STATES DISTRICT JUDGE