Mark F. Anderson (SBN 44787)
ANDERSON, OGILVIE & BREWER LLP
600 California Street, 18th Floor
San Francisco, California 94108
Telephone: (415) 651-1951
Fax: (415) 956-3233
Email: mark@aoblawyers.com

Attorneys for Plaintiff Benjamin H. Woods

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN H. WOODS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, et al,<br><br>　　　　Defendants. | Case No. 3:10-CV-2669 CW<br><br>(proposed) ORDER FOR DISMISSAL OF DEFENDANTS CITIBANK RESIDENTIAL LENDING, INC. & EQUIFAX INFORMATION SERVICES, INC. |

　　　　Based on the parties' stipulation and for good cause shown, plaintiff Benjamin H. Woods' claims against defendants Citibank Residential Lending, Inc. & Equifax Information Services, Inc. in this action are hereby dismissed with prejudice, with each party to bear its own costs.

Dated: November 23, 2010.

_____
U.S. District Court Judge