Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
600 California Street, 18th Floor
San Francisco, CA 94108
Telephone: (415) 651-1951
Facsimile:  (415) 956-3233
E-mail:   mark@aoblawyers.com

Attorneys for Plaintiff Benjamin H. Woods

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BENJAMIN H. WOODS, | ) CASE NO. 3:10-cv-02669-CW |
| Plaintiff, | ) |
| vs. | ) **ORDER DISMISSING** |
| | ) **ACTION** |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al, | ) |
| Defendants. | ) |

Based upon the stipulation of the parties and for good cause shown, plaintiff Benjamin H. Woods' claims against defendants Trans Union, LLC; Experian Information Solutions, Inc.; Wells Fargo Bank, N.A; GMAC Mortgage, LLC; Specialized Loan Servicing LLC; Green Tree Servicing, LLC; American Home Mortgage Servicing, Inc.; and Chase Home Finance, LLC in this action are hereby dismissed with prejudice, with each party to bear its own costs.

Date:  March 3, 2011.

United States District Court Judge

ORDER FOR DISMISSAL, *WOODS V EXPERIAN* – 3:10-CV-02669-CW